**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00095-CR
No. 05-12-00096-CR
No. 05-12-00097-CR

**THOMAS LEE NIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause Nos. 003-82321-10, 003-82323-10, 003-82324-10**

## ORDER

The Court **GRANTS** court reporter Denise L. Condran's May 29, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Condran to file the reporter's record within **FIFTEEN DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE